**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Jamere Jackson and LittleAfrica.com, LLC v. Monica F. Jackson

Appellate case number:     01-21-00397-CV

Trial court case number:   2015-61110

Trial court:                      311th District Court of Harris County

Appellants, Jamere Jackson and LittleAfrica.com, LLC, have jointly filed an unopposed motion to abate this appeal. In their motion, appellants state that the parties need additional time "to work on the required Global Releases under the terms of the . . . Mediated Settlement Agreement" reached by the parties. Accordingly, appellants seek an abatement of the appeal, rather that requesting additional extensions of their deadlines to file their respective appellant's briefs. The motion includes a certificate of conference representing that appellee, Monica F. Jackson is not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We **grant** the motion. Accordingly, we **abate** the appeal. Within ninety (90) days of the date of this order, the parties are directed to file a report advising the Court of the status of the proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature:  ____/s/ April Farris_____
                          ☑ Acting individually     ☐ Acting for the Court

Date:  _December 9, 2021_____